# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Karen A. Zajac | § | Case No. 16-12916 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 7,322.00                     Assets Exempt: 3,294.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  5,030.24    Claims Discharged
                                               Without Payment:  16,146.37

Total Expenses of Administration:  4,969.76

---

3) Total gross receipts of $ 10,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 4,506.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,969.76 | 4,969.76 | 4,969.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,619.64 | 5,109.97 | 5,109.97 | 5,030.24 |
| **TOTAL DISBURSEMENTS** | $ 21,125.64 | $ 10,079.73 | $ 10,079.73 | $ 10,000.00 |

4) This case was originally filed under chapter 7 on 04/15/2016. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/05/2018                By:/s/Zane L. Zielinski, Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Transfer of Real estate | 1241-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bmo Harris Bank, Bankruptcy Dept 770 N Water Street Milwaukee, WI 53202 | | 4,506.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 4,506.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 17.18 | 17.18 | 17.18 |
| Associated Bank | 2600-000 | NA | 76.21 | 76.21 | 76.21 |
| United States Bankruptcy Court | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| The Law Offices of Zane L. Zielinski P. C. | 3110-000 | NA | 1,565.00 | 1,565.00 | 1,565.00 |
| Alan D. Lasko & Associates P.C. | 3410-000 | NA | 1,190.52 | 1,190.52 | 1,190.52 |
| Alan D. Lasko & Associates P.C. | 3420-000 | NA | 20.85 | 20.85 | 20.85 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,969.76 | $ 4,969.76 | $ 4,969.76 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T, PO Box 5093 Carol Stream, IL 60197 | | 109.64 | NA | NA | 0.00 |
| | Bank Of America, Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 4,602.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware, Po Box 8801 Wilmington, DE 19899 | | 213.00 | NA | NA | 0.00 |
| | Chase Card Services, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 2,883.00 | NA | NA | 0.00 |
| | Citizens Bank, Attn:Bankruptcy 443 Jefferson Blvd Ms Rjw-135 Warwick, RI 02886 | | 3,718.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Radiology Imaging Consultants, PO Box 637 Frankfort, IL 60423 |  | 35.00 | NA | NA | 0.00 |
| 1 | Capital One Bank (Usa), N.A. | 7100-000 | 3,031.00 | 3,081.92 | 3,081.92 | 3,033.83 |
| 2 | Capital One Bank (Usa), N.A. | 7100-000 | 2,028.00 | 2,028.05 | 2,028.05 | 1,996.41 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 16,619.64 | $ 5,109.97 | $ 5,109.97 | $ 5,030.24 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 16-12916 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Karen A. Zajac | | | | Date Filed (f) or Converted (c): | 04/15/2016 (f) |
| | | | | | 341(a) Meeting Date: | 05/16/2016 |
| For Period Ending: | 09/05/2018 | | | | Claims Bar Date: | 03/31/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2012 Kia Forte Mileage: 35,000 | 7,500.00 | 0.00 | | 0.00 | FA |
| 2. Misc Used Household Goods And Furnishings, Including: Sofa, | 300.00 | 0.00 | | 0.00 | FA |
| 3. Television, Dvd Player, And Cell Phone. | 200.00 | 0.00 | | 0.00 | FA |
| 4. Books, Dvds, Art Work | 50.00 | 0.00 | | 0.00 | FA |
| 5. Necessary Wearing Apparel | 30.00 | 0.00 | | 0.00 | FA |
| 6. Wedding Rings, Engagement Rings, Rings, Watch, Bracelets, Ea | 300.00 | 0.00 | | 0.00 | FA |
| 7. Cash | 30.00 | 0.00 | | 0.00 | FA |
| 8. Us Bank | 598.00 | 0.00 | | 0.00 | FA |
| 9. Security Deposit With Landlord: $650 | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2015 Federal Tax Refund (Including $306 In Eic) | 1,608.00 | 0.00 | | 0.00 | FA |
| 11. Fraudulent Transfer of Real estate (u) | 0.00 | 17,000.00 | | 10,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $10,616.00 | $17,000.00 | | $10,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee currently has a fraudulent transfer litigation pending. Filed Adversary No. 17-00384

Initial Projected Date of Final Report (TFR): 06/30/2017　　Current Projected Date of Final Report (TFR): 06/30/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-12916 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Karen A. Zajac | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2294 |
| | Checking |
| Taxpayer ID No: XX-XXX8137 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/05/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/06/17 | 11 | Citywide Title Corporation | Settlement Funds 1 of 2 | 1241-000 | $5,000.00 | | $5,000.00 |
| 11/06/17 | 11 | Chicago Patrolmen's Federal Credit Union 1407 W Washington Blvd, Chicago, IL 60607 | Settlement Funds 2 of 2 | 1241-000 | $5,000.00 | | $10,000.00 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.51 | $9,988.49 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.85 | $9,973.64 |
| 01/19/18 | 5001 | The Law Offices of Zane L. Zielinski P. C. 6336 North Cicero Avenue Suite 201 Chicago, Il 60646 | Legal Fees | 3110-000 | | $1,565.00 | $8,408.64 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.08 | $8,394.56 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.27 | $8,383.29 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.46 | $8,370.83 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.04 | $8,358.79 |
| 06/15/18 | 5002 | Trustee Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | | | $1,767.18 | $6,591.61 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($1,750.00) | 2100-000 | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($17.18) | 2200-000 | | |

| | | | Page Subtotals: | | $10,000.00 | $3,408.39 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-12916 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Karen A. Zajac | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2294 |
| | Checking |
| Taxpayer ID No: XX-XXX8137 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/05/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/15/18 | 5003 | United States Bankruptcy Court | Final distribution representing a payment of 100.00 % per court order. | | 2700-000 | | $350.00 | $6,241.61 |
| 06/15/18 | 5004 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1105<br>Chicago, IL 60606 | Distribution | | | | $1,211.37 | $5,030.24 |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. | ($1,190.52) | 3410-000 | | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. | ($20.85) | 3420-000 | | | |
| 06/15/18 | 5005 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Distribution | | | | $5,030.24 | $0.00 |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 1 representing a payment of 98.44 % per court order. | ($3,033.83) | 7100-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 2 representing a payment of 98.44 % per court order. | ($1,996.41) | 7100-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,000.00 |

Page Subtotals: $0.00  $6,591.61

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2294 - Checking | $10,000.00 | $10,000.00 | $0.00 |
|  | $10,000.00 | $10,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:   $0.00   $0.00